IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01039-RPM

SHANNON A. WARNER,

    Plaintiff,

v.

AUDUBON AMBULATORY SURGERY CENTER, LLC,
JOAN CAPPADOMA-OLSEN, and
CYNTHIA GREGORRE,

    Defendants.

---

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice [13] filed today, it is

ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    Dated:    September 26th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge